GARY M. RESTAINO
United States Attorney
District of Arizona

LINDSAY SHORT
Arizona State Bar No. 034125
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Lindsay.Short@usdoj.gov
Telephone: 602-514-7500
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

Nov 01 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  CoEric Riley and Britney Gooch,  Defendants. | No. CR-24-01794-PHX-KML (ASB)  **INFORMATION**  VIO:18 U.S.C. § 1347  (Healthcare Fraud) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

Beginning on or about March 2020 and continuing through on or about June 2022, within the District of Arizona and elsewhere, defendants COERIC RILEY and BRITNEY GOOCH, did willfully, intentionally, and knowingly execute a scheme and artifice to defraud Arizona Health Care Cost Containment System ("AHCCCS") out of approximately $3,300,000 by submitting falsified medical billings through the company NEW HORIZONS BEHAVIORAL HEALTH ("NEW HORIZONS"). AHCCCS administers Medicaid health care programs to Arizona residents who meet certain income requirements. The federal government pays states for a percentage of Medicaid program expenditures.

Throughout the course of this scheme, hundreds of individuals and entities attempted to recruit Native Americans and other indigent individuals to exploit the

American Indian Health Program ("AIHP") under AHCCCS. Because it is easier to enroll as a provider with AIHP than some other insurance programs, and because AIHP's reimbursement rates for certain behavioral health services are sometimes higher than those of other insurance programs, these residences and outpatient treatment centers preferred patients who were enrolled in AIHP. In some cases, these residences and outpatient treatment centers identified potential patients and enrolled the patients in AIHP, or had the patients switch their existing AHCCCS insurance plan to AIHP, regardless of whether the patient was Native American.

Defendants opened NEW HORIZONS in Arizona with the co-schemer assistance of L.C. and L.C. (a husband and wife with different first names and the same last name). Defendants were given a copy of the policies and procedures from these co-schemers for NEW HORIZONS. Defendants were given a one-page sheet containing improper billing codes and time increments to submit and defraud AHCCCS. The L.C. co-conspirators required Defendants to pay them a 20% kickback amount from the fraudulent proceeds of this healthcare fraud.

NEW HORIZONS had a physical location in Mesa, Arizona that saw and provided services to patients enrolled in the AIHP. The services were submitted to AHCCCS, paid by AHCCCS, and sent to a bank account controlled by Defendants. However, NEW HORIZONS also billed AHCCCS for services that were not provided to patients. These false claims were submitted to AHCCCS, paid by AHCCCS, and sent to a bank account controlled by Defendants. As a result of the fraudulent submissions, Defendants obtained $3,300,000 in fraudulent proceeds from AHCCCS. As a result of the assistance from Mr. L.C. and Mrs. L.C., Defendants paid a portion of the fraudulently obtained proceeds to them.

In violation of Title 18, United States Code, Section 1347.

/ /

/ /

/ /

1    Dated this 15th day of July, 2024.

                                                          GARY M. RESTAINO  
                                                          United States Attorney  
                                                          District of Arizona

*LINDSAY SHORT*   Digitally signed by LINDSAY SHORT  
Date: 2024.07.15 17:30:29 -07'00'

LINDSAY SHORT  
Assistant U.S. Attorney