☒ FILED  ☐ LODGED
Nov 01 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>v.<br><br>Britney Gooch,<br><br>　　　　Defendant. | No. CR-24-01794-02-PHX-KML (ASB)<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this __3__ day of __Sept__, 2024.

_____
BRITNEY GOOCH
Defendant

_____
ASHLEY ADAMS
Counsel for Defendant

LINDSAY SHORT
Digitally signed by LINDSAY SHORT
Date: 2024.07.15 18:04:42 -07'00'

_____
LINDSAY SHORT
Assistant U.S. Attorney